Henrietta I. Bollinger v. Andrew Albright.— Motion denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Mary Mahoney, as Administratrix, etc., v. Stancourt Laundry Company. — Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Along the Hudson Company v. Charles H. Ayres.— Motion denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Hyman D. Baker v. Ancient Order of Hibernians.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Joseph G. Cushman v. George D. Cook and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Isidor Brandes v. Bradley Contracting Company.— Motion denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

The People of the State of New York ex rel. Aloysius H. Walters v. William A. Prendergast, as Comptroller.— Motion granted. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

In the Matter of the Northern Bank. In the Matter of the Superintendent of Banks. In the Matter of Gifford, Hobbs & Beard.— Motion denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Anthony Kelly v. Interborough Ferry Company of Brooklyn.— Motion denied, with ten dollars costs. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Richard Doughty and Another v. Sidney F. Weston, as Chairman, etc.— Application granted. Order signed. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

The People of the State of New York ex rel. Dominick Lambiente v. George H. Bell, as Commissioner, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Edward Laska v. Charles K. Harris.— Stay continued until five days after service of the order to be entered upon the decision of the appeal herein. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

In the Matter of Thomas J. O'Neill.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

In the Matter of Jacob Rouss.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.